# ALABAMA COURT OF CRIMINAL APPEALS



June 21, 2024

**CR-2023-0760**

M.L.B. v. State of Alabama (Appeal from Montgomery Circuit Court: CC-23-220)

## <u>NOTICE</u>

You are hereby notified that on June 21, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk